## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVIVSION

IPOS, LLC                                                               PLAINTIFF

v.                              No. 4:22-cv-324-DPM

SEAN LEE SOBBA and
ELSOB, INC.                                                          DEFENDANTS

ELSOB, INC.                                                            COUNTER-
                                                                      CLAIMANT

v.

IPOS, LLC                                                             COUNTER-
                                                                    DEFENDANT

ELSOB, INC.                                                         THIRD-PARTY
                                                                     PLAINTIFF

v.

BEAU DYLAN RIBBLE                                                   THIRD-PARTY
                                                                    DEFENDANT

## ORDER

Congratulations on the settlement in principle. *Doc. 54*. Trial is cancelled. All deadlines are stayed. Motion to dismiss or status report due by 17 October 2024.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 September 2024