IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IPOS, LLC | PLAINTIFF |
| v. | No. 4:22-cv-324-DPM |
| SEAN LEE SOBBA and ELSOB, INC. | DEFENDANTS |
| ELSOB, INC. | COUNTER-CLAIMANT |
| v. | |
| IPOS, LLC | COUNTER-DEFENDANT |
| ELSOB, INC. | THIRD-PARTY PLAINTIFF |
| v. | |
| BEAU DYLAN RIBBLE | THIRD-PARTY DEFENDANT |

## JUDGMENT

The complaint, counter-claim, and third party complaint are dismissed with prejudice. The Court retains jurisdiction until 13 December 2024 to enforce the parties' settlement.

-2-

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2024